FILED'08 OCT 27 16:43USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BETTY KING,

    Plaintiff,

v.

CUNA MUTUAL GROUP; CUNA
MUTUAL INSURANCE SOCIETY; and
CUNA MUTUAL INSURANCE
AGENCY, INC.,

    Defendant.

Civil No. 08-3044-CL

ORDER

CLARKE, Magistrate Judge.

    Plaintiff brings this action against Defendants for their alleged continuous, wrongful denial of plaintiff's insurance claim. Plaintiff seeks declaratory relief, injunctive relief, money damages, and attorney fees and costs. This court has jurisdiction pursuant to 28 U.S.C. § 1332. Before the court is plaintiff King's motion for extension of the pretrial deadlines (#11). Defendants CUNA Mutual Group et al oppose this motion.

    The court denies plaintiff's motion for the following reasons:

    (1) Failure to comply with Local Rule 7.1. The party filing the motion must certify that the parties have "made a good faith effort through personal or telephone conferences to resolve

the dispute and have been unable to do so . . . . The Court may deny any motion that fails to meet this certification requirement." Plaintiff has not shown that she made this effort before filing this motion.

(2) Failure to comply with Local Rule 16.3. "[O]bjections to any court-imposed deadline must be raised by motion and must . . . (1) [s]how good cause why the deadlines should be modified [and] (2) [s]how effective prior use of time . . . ." Plaintiff has failed to show both good cause as to why the court deadlines should be extended and that she has effectively used prior time.

## ORDER

Based on the foregoing, it is ordered that plaintiff King's motion to extend pretrial deadlines (#11) is denied. Should one or more of the plaintiff's claims survive dispositive motions, plaintiff may move prior to trial to perpetuate the testimony of physicians per Federal Rule of Civil Procedure 27(c).

IT IS SO ORDERED.

DATED this 27 day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER - 2